## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| KATHRYN DICKEN PEARSON, | ) | CASE NO. 1:19-CV-00911-MWM |
| | ) | |
| Plaintiff, | ) | JUDGE MATTHEW W. MCFARLAND |
| | ) | |
| v. | ) | **ORDER APPROVING SETTLEMENT** |
| | ) | **AGREEMENT AND PROPOSED** |
| FUNKY'S BUSINESS VENTURES, INC., | ) | **NOTICE** |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon a Joint Motion to approve the Settlement Agreement and Proposed Notice (Doc. 25).  The Court has carefully considered the Motion, as well as the Settlement Agreement and the parties' supplemental filings (Docs. 27, 28).  The Court approves the Settlement Agreement (attached as Exhibit 1 to the Joint Motion), having found that it resolves a bona fide dispute under the FLSA, that it was reached through an arms-length negotiation, and that the Settlement Agreement is fair, reasonable, and adequate.  The Court also approves the proposed Notice (attached as Exhibit 2 to the Joint Motion), which shall be sent to all similarly situated employees as outlined by the parties in the Settlement Agreement.  Accordingly, for good cause shown, the Motion is **GRANTED**.

To allow for notice of opt-in plaintiffs to be filed, this case **SHALL REMAIN OPEN** until after the close of the opt-in period on November 18, 2022, after which time this case **SHALL BE DISMISSED WITH PREJUDICE**.  The Court shall maintain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

**IT IS SO ORDERED**.

*/s/ Matthew W. McFarland*
JUDGE MATTHEW W. MCFARLAND